IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JEFFREY BOWEN; LEIGH BOWEN; and     *
TYLER BOWEN,                        *
                                    *
     Plaintiffs,                    *
                                    *
     v.                             *      CV 618-112
                                    *
TELFAIR COUNTY SCHOOL DISTRICT,     *
d/b/a Telfair County High           *
School; MATTHEW BURLESON;           *
MEADOWS REGIONAL MEDICAL CENTER,    *
d/b/a Meadows Healthcare            *
Resources, Inc. and Meadows         *
Sports Medicine; STEPHANIE          *
MOODY; and JOHN DOES 1-10,          *
                                    *
     Defendants.                    *
                                    *
```

# O R D E R

Before the Court is a motion to stay filed by Defendants Matthew Burleson and Telfair County School District. (Doc. 18.) These Defendants request a stay of discovery in this case pending the outcome of their motion for judgment on the pleadings (Doc. 15), which challenges the sufficiency of Plaintiffs' complaint and raises issues of qualified and sovereign immunity. Neither Plaintiffs nor the other Defendants in this case filed any response in opposition to this motion.

Upon due consideration, Defendants' motion to stay (Doc. 18) is **GRANTED**. The Court **STAYS** all discovery in this case pending

the resolution of Defendants' motion for judgment on the pleadings. After resolution of the motion, the remaining parties shall confer and submit a Rule 26(f) Report, with proposed deadlines, within fourteen (14) days of the Court's ruling.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA