IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JEFFREY BOWEN; LEIGH BOWEN; and TYLER BOWEN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 618-112 |
| TELFAIR COUNTY SCHOOL DISTRICT d/b/a TELFAIR COUNTY HIGH SCHOOL; MATTHEW BURLESON; MEADOWS REGIONAL MEDICAL CENTER d/b/a MEADOWS HEALTHCARE RESOURCES, INC. and MEADOWS SPORTS MEDICINE; STEPHANIE MOODY; and JOHN DOES 1-10, | * * * * * * * * * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 47.) Plaintiffs and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 7th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA